STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CYNTHIA B. DENARDI, C.S.B.N. 256770
Special Assistant United States Attorney
        Social Security Administration
        160 Spear Street, Suite 800
        San Francisco, CA  94105
        Telephone:  (415) 977-8961
        Facsimile:  (415) 744-0134
        Email:  Cynthia.denardi@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **WALTER McKENNA,**<br><br>        **Plaintiff,**<br><br>        **v.**<br><br>**CAROLYN W. COLVIN,**<br>**Acting Commissioner of Social**<br>**Security,**[1]<br><br>        **Defendant.** | **Case No. 2:13-cv-06224-RZ**<br><br>**[PROPOSED]**<br>**ORDER AWARDING EQUAL**<br>**ACCESS TO JUSTICE ACT**<br>**ATTORNEY FEES, PURSUANT TO**<br>**28 U.S.C. § 2412(d)** |

        Based on the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, **IT IS ORDERED** that fees in the amount of

---

[1] Carolyn W. Colvin became the acting Commissioner of Social Security on  February 14, 2013.
Pursuant to F.R.C.P. 25(d), Carolyn W. Colvin should be substituted for Michael J. Astrue as the
defendant in this action.  <u>See also</u> the final sentence in 42 U.S.C. § 405(g).

1  $4,650.00 as authorized by 28 U.S.C. § 2412 be awarded to Plaintiff. ~~subject to~~

2  ~~the terms of the Stipulation.~~

3

4  DATED:January 13, 2015

5

6

7

8  _____

   HON. RALPH ZAREFSKY

9  UNITED STATES MAGISTRATE JUDGE